IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THANH THAY T. NGUYEN,

  Plaintiff,

  v.

SHEQUETA CADE,

  Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-1076-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of DeKalb County. The Defendant's Objections to the Report and Recommendation do not address the lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

T:\ORDERS\16\Nguyen\r&r.wpd

SO ORDERED, this 24 day of May, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge